Robert CAREY and Linda Carey, Minors, by Their Parents and Natural Guardians, Merle G. Carey and Helen J. Carey, and Merle G. Carey, in His Own Right,

v.

Benjamin DANECKI (Defendant and Third-Party Plaintiff), Appellant,

v.

Merle G. CAREY (Third-Party Defendant).

No. 13739.

United States Court of Appeals Third Circuit.

Argued Feb. 8, 1962.

Decided March 5, 1962.

James A. McGregor, Jr., Pittsburgh, Pa., for appellant.

Robert E. Wayman, Pittsburgh, Pa. (Dickie, McCamey, Chilcote & Robinson, Pittsburgh, Pa., on the brief), for third-party defendant.

Before BIGGS, Chief Judge, and GOODRICH and McLAUGHLIN, Circuit Judges.

PER CURIAM.

An examination of the record and the briefs in this case and consideration of the oral arguments convinces us that the court below committed no error. Its interpretation of the release is correct. Consequently, judgment will be affirmed.

Arthur J. GOLDBERG, Secretary of Labor, United States Department of Labor

v.

Thomas BATTLES, Appellant.

No. 13776.

United States Court of Appeals Third Circuit.

Argued March 8, 1962.

Decided March 19, 1962.

Stanford Shmukler, Philadelphia, Pa., for appellant.

Owen A. Neff, Washington, D. C. (Herbert J. Miller, Jr., Asst. Atty. Gen., Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., Beatrice Rosenberg, Philip Wilens, Attorneys, Department of Justice, Washington, D. C., on the brief), for appellee.

Before STALEY, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

The district court ordered enforcement of a subpoena issued by the Acting Commissioner, Bureau of Labor-Management Reports, United States Department of Labor, directing appellant to appear and testify before an official of the Justice Department conducting an investigation for the Department of Labor. We think the order correct and affirm based on the able opinion of Judge Clary below, reported at 196 F.Supp. 749 (E.D.Pa.1961).

The order of the district court will be affirmed.